**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Ave., Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiffs*,
Michelle Conley; and, Ronald Conley

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CONLEY; AND RONALD CONLEY,<br><br>Plaintiffs,<br><br>v.<br><br>NCC BUSINESS SERVICES, INC.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,<br><br>Defendant. | **Case No.:** 16-cv-00115 JAH (JLB)<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, INC.**<br><br>**HON. JOHN A. HOUSTON** |

///

**NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, INC.**

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiffs MICHELLE CONLEY; and, RONALD CONLEY ("Plaintiffs") and Defendant EQUIFAX INFORMATION SERVICES, INC. ("Equifax") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of Equifax only with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements with regard to Equifax be vacated and that the Court set a deadline on or after May 9, 2016 for filing a Joint Dismissal.

For clarity, Plaintiffs' disputes with Defendants NCC BUSINESS SERVICES, INC. ("NCC"); EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"); and, TRANS UNION LLC ("Trans Union") all remain active.

Dated: March 9, 2016                              Respectfully submitted,

                                              **KAZEROUNI LAW GROUP, APC**

                                              By: ____/s/ Matthew M. Loker___
                                                    MATTHEW M. LOKER, ESQ.
                                                    ATTORNEY FOR PLAINTIFFS