**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Ave., Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiffs*,
Michelle Conley; and, Ronald Conley

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELLE CONLEY; AND RONALD CONLEY,**<br><br>                Plaintiffs,<br><br>    v.<br><br>**NCC BUSINESS SERVICES, INC.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,**<br><br>               Defendant. | **Case No.:** 16-cv-00115 JAH (JLB)<br><br>**JOINT MOTION TO DISMISS DEFENDANT TRANS UNION LLC WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)**<br><br>**HON. JOHN A. HOUSTON** |

---

**JOINT MOTION TO DISMISS DEFENDANT TRANS UNION LLC WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)**

Plaintiffs MICHELLE CONLEY; and, RONALD CONLEY ("Plaintiffs") and Defendant TRANS UNION LLC ("Trans Union"), by and through their undersigned counsel, respectfully submit this Joint Stipulation for Dismissal pursuant to Rule 41(a)(1) of the Federal Rule of Civil Procedure.

Plaintiffs and Trans Union hereby jointly stipulate to dismiss Trans Union without prejudice.

Dated: March 9, 2016                                                              Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:  ____/s/ Matthew M. Loker____
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFFS

**MUSICK, PEELER & GARRETT LLP**

By:  ____/s/ Donald E. Bradley____
DONALD E. BRADLEY, ESQ.
ATTORNEY FOR TRANS UNION

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Dated: March 9, 2016                                                  **KAZEROUNI LAW GROUP, APC**

By:  ____/s/ Matthew M. Loker____
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF