**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Ave., Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiffs*,
Michelle Conley; and, Ronald Conley

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CONLEY; AND RONALD CONLEY,<br><br>Plaintiffs,<br><br>v.<br><br>NCC BUSINESS SERVICES, INC.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,<br><br>Defendant. | **Case No.:** 16-cv-00115 JAH (JLB)<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**HON. JOHN A. HOUSTON** |

///

**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiffs MICHELLE CONLEY; and, RONALD CONLEY ("Plaintiffs") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of Experian only with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements with regard to Experian be vacated and that the Court set a deadline on or after May 11, 2016 for filing a Joint Dismissal.

For clarity, Plaintiffs' dispute with Defendant NCC BUSINESS SERVICES, INC. ("NCC") is the only remaining dispute.

Dated: March 11, 2016                                         Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Matthew M. Loker____
      MATTHEW M. LOKER, ESQ.
      ATTORNEY FOR PLAINTIFFS