**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Ave., Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:    (619) 297-1022

*Attorneys for Plaintiffs*,
Michelle Conley; and, Ronald Conley

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE CONLEY; AND RONALD CONLEY,<br><br>Plaintiffs,<br><br>v.<br><br>NCC BUSINESS SERVICES, INC.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,<br><br>Defendant. | **Case No.:** 16-cv-00115 JAH (JLB)<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT NCC BUSINESS SERVICES, INC.**<br><br>**HON. JOHN A. HOUSTON** |

///

---

**NOTICE OF SETTLEMENT WITH DEFENDANT NCC BUSINESS SERVICES, INC.**

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiffs MICHELLE CONLEY; and, RONALD CONLEY ("Plaintiffs") and Defendant NCC BUSINESS SERVICES, INC. ("Experian") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of this Action with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after September 11, 2016 for filing a Joint Dismissal.

Dated: July 5, 2016                                                                 Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Matthew M. Loker___
     MATTHEW M. LOKER, ESQ.
     ATTORNEY FOR PLAINTIFFS